IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOAI SALEH ALZURAIKI | ) | 4:07CV3189 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| GERARD HEINAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

UPON the Defendants' Motion for Stay of time to meet and confer pursuant to Fed. R. Civ. P. 26(f) (filing #15);

AND for good cause shown,

IT IS HEREBY ORDERED that the Defendants' motion is granted **in part**.  The parties shall have thirty (30) days from this date to meet and confer.

DATED this 31st day of October, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge